United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEBRA CARTER,

        Plaintiff,

  v.

HEWLETT-PACKARD COMPANY and HEWLETT-PACKARD COMPANY INCOME PROTECTION PLAN,

        Defendants.

No. C 04-3307 CW

ORDER SETTING BRIEFING SCHEDULE

    Plaintiff Debra Carter appealed this Court's grant of judgment in favor of Defendants Hewlett-Packard Company and Hewlett-Packard Company Income Protection Plan. The Ninth Circuit remanded the case in light of its recent decision in <u>Abatie v. Alta Health & Life Insurance Co.</u>, 458 F.3d 955 (9th Cir. 2006).

    The parties are ordered to file supplemental cross motions for summary judgment addressing <u>Abatie</u> and its impact, if any, on this case. Plaintiff's brief is due on October 16, 2006. Defendants' brief is due on October 30, 2006. Plaintiff may file a reply before November 6, 2006. Defendants may file their reply before

November 13, 2006.  If the mandate has not issued by October 16, 2006, Plaintiff may file her brief ten days after the mandate has issued, with the briefing schedule adjusted accordingly.  The matter will be submitted on the papers, unless the Court sets it for hearing.

    IT IS SO ORDERED.

Dated: 9/19/06

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge

2