IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA CARTER,<br><br>        Plaintiff,<br><br>  v.<br><br>HEWLETT-PACKARD COMPANY and HEWLETT-PACKARD COMPANY INCOME PROTECTION PLAN,<br><br>        Defendants.<br>_____/ | No. C 04-3307 CW<br><br>ORDER REMANDING PLAINTIFF'S DISABILITY CLAIM |

    Pursuant to the Ninth Circuit's mandate, Plaintiff's disability claim is hereby REMANDED to Voluntary Plan Administrators (VPA) for a new determination after correcting the procedural and substantive defects identified in the memorandum. VPA may have 120 days from the date of this order to issue its decision. If the decision is adverse to Plaintiff, she may, within sixty days of the decision, challenge it in this Court. Such a challenge must be brought pursuant to a motion properly noticed in accordance with the Local Rules.

    The case will be administratively closed pending VPA's decision. It will be re-opened at Plaintiff's request.

    IT IS SO ORDERED.

Dated: 1/6/09

_____
CLAUDIA WILKEN
United States District Judge