```
NEYHART, ANDERSON, FLYNN & GROSBOLL
MARK H. LIPTON
1380 Lead Hill Boulevard
Suite 106
Roseville, California 95661
Telephone: (916) 652-2211
Facsimile: (916) 652-1211

Attorneys for Plaintiff
DEBRA CARTER

GIBSON, DUNN & CRUTCHER LLP
JOSEPH P. BUSCH, III, SBN 070340
SALLY J. BERENS, SBN 218880
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Attorneys for Defendants
HEWLETT-PACKARD COMPANY and
HEWLETT-PACKARD COMPANY
DISABILITY PLAN
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA CARTER,<br><br>             Plaintiff,<br><br>      v.<br><br>HEWLETT-PACKARD COMPANY,<br>HEWLETT-PACKARD COMPANY INCOME<br>PROTECTION PLAN,<br><br>             Defendants. | CASE NO. C 04 3307 CW<br><br>**STIPULATION REGARDING ADMINISTRATIVE REMAND AND DISMISSAL; [PROPOSED] ORDER THEREON** |

The parties hereto, by and through their respective attorneys of record, enter into this Stipulation based on the following facts and circumstances:

 1.     On January 17, 2007, judgment was entered herein in favor of Defendants and against Plaintiff.

 2.     On January 30, 2007, Plaintiff timely appealed said judgment.

1

3. On December 9, 2008, the United States Court of Appeal for the Ninth Circuit reversed said judgment and remanded this matter with further instructions to the District Court to remand the case to Voluntary Plan Administrators, the claims administrator for the Hewlett-Packard Company Disability Plan, fka the Hewlett-Packard Company Income Protection Plan (the "Plan"), for a new disability determination after correcting its procedural and substantive defects, as stated in the memorandum of opinion by the Ninth Circuit (the "Ninth Circuit Memorandum").

4. On December 31, 2008, the Ninth Circuit issued its formal Mandate pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

5. Based on the Ninth Circuit Memorandum, the Plan (a) has reinstated Plaintiff for benefits under the terms of the Plan, (b) has agreed to pay Plaintiff retroactive benefits in the amount of $176,828.90, plus interest thereon in the amount of $21,458.29, for the period from and including September 17, 2003, through and including January 31, 2009, and (c) has agreed to pay Plaintiff continuing benefits of $1,370.77 twice each month subject to the terms of the Plan.

6. Defendants have agreed to pay to counsel for Plaintiff the sum of $130,500 for the attorneys' fees and costs incurred by Plaintiff in prosecuting this action.

Based on the foregoing facts and circumstances, the parties hereby STIPULATE that except as provided herein, this matter shall be dismissed without prejudice.

DATED: February 4, 2009

NEYHART, ANDERSON, FLYNN & GROSBOLL

By: _____/s/_____
Mark H. Lipton

Attorneys for Plaintiff DEBRA CARTER

DATED: February 4, 2009

GIBSON, DUNN & CRUTCHER, LLP

By: /s/
 Sally J. Berens

Attorneys for Defendants
HEWLETT-PACKARD COMPANY and HEWLETT-PACKARD COMPANY DISABILITY PLAN

PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:

1. Defendant Plan (a) has reinstated Plaintiff for benefits under the terms of the Plan as interpreted by the Ninth Circuit remand Memorandum Order, (b) shall pay Plaintiff retroactive benefits in the amount of $176,828.90, plus interest thereon in the amount of $21,458.29, for the period from and including September 17, 2003, through and including January 31, 2009, and (c) shall pay Plaintiff continuing benefits of $1,370.77 twice each month subject to the terms of the Plan.

2. Defendants shall pay to counsel for Plaintiff the sum of $130,500 for the attorneys' fees and costs incurred by Plaintiff in prosecuting this action.

3. This matter is dismissed without prejudice.

DATED: __2/6_____, 2009

 _____
 The Honorable Claudia Wilken